IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:22-CR-48 (MTT) |
| | ) |
| RAIKWON CHRISTIAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The defendant, by and through his counsel, has moved the Court to continue this case to the next trial term. Doc. 18. The defendant was indicted on September 13, 2022, and had his arraignment in this Court on December 15, 2022. Docs. 1; 11. No prior continuances have been granted. The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to provide additional time to review discovery, investigate the case, and for defendant's counsel to discuss a possible resolution with counsel for the government. Doc. 18 at 2. The Court received confirmation that the government does not oppose the motion.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 18) is **GRANTED**. The case is continued from the January term until the Court's trial term presently scheduled for **March 13, 2023**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 4th day of January, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT